SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for Debtor and Debtor in Possession
MTI Technology Corporation,

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION,<br>a Delaware corporation,<br><br>Debtor and Debtor in Possession.<br><br>Federal Tax I.D. #95-3601802<br><br>MTI TECHNOLOGY CORPORATION,<br>a Delaware corporation,<br><br>          Plaintiff,<br><br>Vs.<br><br>EMC CORPORATION<br>A Massachusetts corporation<br><br>          Defendant. | Case No. 8;07-bk-13347-ES<br><br>Adv. No. 8:09-ap-01267-ES<br><br>Chapter 11<br><br>**PROOF OF SERVICE RE:**<br><br>1. **COMPLAINT**<br>2. **ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE**<br>3. **ADVERSARY PROCEEDING COVER SHEET**<br>4. **AMENDED NOTICE OF REQUIRED COMPLIANCE WITH FRBP 7026 AND LBR 7026-1**<br><br>**Status Conference:**<br>DATE:    **July 02, 2009**<br>TIME:    **9:30 a.m.**<br>PLACE:   **Courtroom 5A** |

MTI TECHNOLOGY CORPORATION hereby submits the Proof of Service re (1) Complaint, (2) Alias Summons and Notice of Status Conference, (3) Adversary Proceeding Cover sheet and (4) Notice of Required Compliance with FRBP 7026 and LBR 7026-1.

///

///

Proof of Service
1

| In re:<br>MTI Technology Corporation,<br>A Delaware corporation,<br>Debtor(s). | CHAPTER: 11<br>ADVERSARY NUMBER: 8:09-ap-01267-ES<br>CASE NUMBER: 8:07-bk-13347-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson Street, Suite 350
Torrance, CA  90803

The foregoing document described (1) COMPLAINT, (2) ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE, (3) ADVERSARY PROCEEDING COVER SHEET AND (4) AMENDED NOTICE OF REQUIRED COMPLIANCE WITH FRBP 7026 AND LBR 7026-1 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On April 9, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**UNITED STATES TRUSTEE (SA)**
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On    April 9, 2009  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**CLAIMANT**
EMC Corporation
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD, 21094

Joe Tucci
Chairmen, President & CEO
EMC Corporation
176 South Street
Hopkinton, MA 01748

**ATTORNEY FOR DEFENDANTS**
Ronald Rowland, Esq.
Receivable Management Services N.A.
307 International Circle, Suite 270
Hunt Valley, MD  21030

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                          F 9013-3.1

| In re:<br>MTI Technology Corporation,<br>A Delaware corporation,<br><div align="right">Debtor(s).</div> | CHAPTER: 11<br>ADVERSARY NUMBER: 8:09-ap-01267-ES<br>CASE NUMBER: 8:07-bk-13347-ES |
|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 9, 2009 | Michelle Carpenter | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1