1  Scott C. Clarkson, Esq. (CA Bar No. 143271)
   Eve A. Marsella, Esq. (CA Bar No. 165797)
2  Israel Saperstein, Esq. (CA Bar No. 084471)
   **Clarkson, Gore & Marsella, APLC**
3  3424 Carson Street, Suite 350
   Torrance, California  90503
4  Telephone: 310/542-0111
   Facsimile:  310/214-7254
5  Email: sclarkson@lawcgm.com

6  Attorneys for Plaintiff and Counter-Defendant,
   MTI Technology Corporation, Debtor-In-Possession

7

8                    **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

10

| | |
|---|---|
| In re: | Case No. 8:07-bk-13347-ES |
| MTI TECHNOLOGY CORPORATION,<br>A Delaware corporation, | Chapter 11 |
| | Adv. No. 8:09-01267-ES |
| Debtor and Debtor in Possession | STIPULATION TO MODIFY SCHEDULING ORDER BY EXTENDING DISCOVERY CUT OFF DATE |
| MTI TECHNOLOGY CORPORATION,<br>A Delaware corporation | |
| Plaintiff,<br>vs. | |
| EMC CORPORATION,<br>A Massachusetts corporation | |
| Defendant. | |
| EMC CORPORATION,<br>A Massachusetts corporation | |
| Counterclaimant,<br>vs. | |
| MTI TECHNOLOGY CORPORATION,<br>A Delaware corporation | |
| Counter-Defendant. | |

CLARKSON, GORE & MARSELLA, APLC
Attorneys At Law
Torrance, California

CLARKSON, GORE & MARSELLA, APLC
Attorneys At Law
Torrance, California

1    This stipulation ("Stipulation") is entered into by and between MTI Technology

2  Corporation, Debtor and Plaintiff and Counter-Defendant in the above-captioned

3  adversary proceeding ("Plaintiff") on one hand, and Defendant and Counter-Claimant

4  EMC Corporation ("Defendant"), on the other hand, with reference to the following:

5         1.  On or about September 1, 2009, the Court entered a Scheduling Order which

6             established the Discovery Cut-Off Date as January 15, 2010.

7         2.  Depositions of a number of EMC personnel are scheduled to take place in the

8             state of Massachusetts during the first full week of January of 2010.

9         3.  Plaintiff and Defendant has each served interrogatories, requests for

10            admissions, and requests for production of documents on the other.

11        4.  Plaintiff and Defendant mutually agree that an additional three weeks is likely

12            to be needed to complete discovery.

13           **NOW THEREFORE**, in consideration of the foregoing recitals, Plaintiff and

14  Defendant submit to the Court the following stipulation:

15           Plaintiff and Defendant hereby stipulate and agree through their respective

16  undersigned counsel to extend the Discovery Cut-off Date through and until February 5,

17  2010, and jointly they respectfully request the Court to approve such extension.

18  IT IS SO STIPULATED.

19

20  Dated: December 8, 2009          **CLARKSON, GORE & MARSELLA, APLC**

21                                    By: _____

22                                    Scott C. Clarkson
                                      Eve A. Marsella
23                                    Israel Saperstein
                                      Attorney for Plaintiff, Debtor and Debtor in
24                                    Possession, MTI Technology Corporation

25  Dated: December 7, 2009          **WINSTON & STRAWN LLP**

26                                    By: David L. Wilson III

27                                    David A. Honig
                                      Rolf S. Woolner
28                                    David L. Wilson
                                      Attorney for Defendant EMC Corporation

| In re:<br>MTI Technology Corporation, a Delaware corporation<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 8:07-bk-13347-ES<br>ADVERSARY NUMBER: 8:09-ap-01267-ES |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described _____ Stipulation to Extend Time to File a Responsive Pleading will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 8, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Attorney for Defendant and Counter-Claimant**
David L Wilson     dlwilson@winston.com

**U.S. Trustee**
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___ December 8, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593

**Debtor**
MTI Technology Corp.
Scott Poteracki
Tustin, CA 92780

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2009 | Michelle A. Carpenter | _~mac_ |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                         **F 9013-3.1**