Scott C. Clarkson, Esq. (CA Bar No. 143271)
Eve A. Marsella, Esq. (CA Bar No. 165797)
**Clarkson, Gore & Marsella, APLC**
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone: 310/542-0111
Facsimile: 310/214-7254
Email: sclarkson@lawcgm.com

Attorneys for Plaintiff and Counter-Defendant,
MTI Technology Corporation, Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION,<br>A Delaware corporation,<br><br>Debtor and Debtor in Possession<br><br>Federal Tax I.D. # 95-3601802 | Case No. 8:07-bk-13347-ES<br><br>Chapter 11<br><br>Adv. No. 8:09-01267-ES<br><br>**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO FRCP 41(A)(1)(a) AND APPROVED SETTLEMENT AGREEMENT BETWEEN DEBTOR AND EMC CORPORATION**<br><br>[No Hearing Required] |
| MTI TECHNOLOGY CORPORATION,<br>A Delaware corporation<br><br>        Plaintiff,<br>vs.<br><br>EMC CORPORATION,<br>A Massachusetts corporation<br><br>        Defendant. | |
| EMC CORPORATION,<br>A Massachusetts corporation<br><br>        Counterclaimant,<br>vs.<br><br>MTI TECHNOLOGY CORPORATION,<br>A Delaware corporation<br><br>        Counter-Defendant. | |

This stipulation ("Stipulation") is entered into by and between MTI Technology Corporation, Plaintiff and Counter-Defendant ("Plaintiff") on one hand, and Defendant and Counterclaimant EMC Corporation ("Defendant"), on the other hand.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), as made applicable in this case pursuant to Federal Bankruptcy Rule 7041, and the Settlement Agreement and Mutual Release in this matter approved by this Court on May 3, 2010, Plaintiff and Defendant hereby stipulate and agree through their respective undersigned counsels that the Complaint and Counter-Complaint are each hereby dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: June 2, 2010    **CLARKSON, GORE & MARSELLA, APLC**

By: _/s/ Scott C. Clarkson_
Scott C. Clarkson
Eve A. Marsella
Attorneys for MTI Technology Corporation, Debtor and Debtor in Possession

Dated: June 2, 2010    **WINSTON & STRAWN LLP**

By: _David L. Wilson_
Rolf S. Woolner
David L. Wilson
Attorneys for EMC Corporation

| In re:<br>MTI Technology Corporation | Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 8:07-bk-13347-ES<br>ADV. NO. 8:09-ap-01267-ES |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3424 Carson St. Suite 350, Torrance, CA 90503**

A true and correct copy of the foregoing document described **Stipulation of Dismissal of Adversary Proceeding Pursuant to FRCP 41(1)(a) and Approved Settlement Agreement Between Debtor and EMC Corporation** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 2, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    **Counsel for Defendant and Counterclaimant**    David L. Wilson    dlwilson@winston.com

    **U.S. Trustee**    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail service~~ addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    See attached service list

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 2, 2010 | Michelle A. Carpenter | _/s/ MAC_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                          **F 9013-3.1**

| In re:<br>MTI Technology Corporation                    Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 8:07-bk-13347-ES<br>ADV. NO. 8:09-ap-01267-ES |
|---|---|

**SERVED BY U.S. MAIL**

**Judge**
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593

**Counsel for the Creditor Committee**
Robert Opera, Esq.
Winthrop Couchot, P.C.
660 Newport Center Drive, 4th Floor
Newport Beach, CA  92660

**Debtor**
MTI Technology Corp.
Mr. Scott Poteracki
15641 Red Hill Ave., Suite 200
Tustin, CA  92780

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9013-3.1**